**Electronically Filed
Supreme Court
SCWC-22-0000357
04-SEP-2024
01:29 PM
Dkt. 15 OGAC**

SCWC-22-0000357

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

KP,
Petitioner/Petitioner-Appellant,

vs.

EM,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000357; CASE NO. 2PA211000062)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner KP's Application for Writ of Certiorari,
filed on July 5, 2024, is hereby accepted and will be scheduled
for oral argument.  The parties will be notified by the
appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, September 4, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens